# Exhibit K



**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

John C. McElwaine
(Admitted in DC & SC)
T 202.689.2939  F 803.255.9831
john.mcelwaine@nelsonmullins.com

101 Constitution Avenue, NW | Suite 900
Washington, DC 20001
T 202.689.2800  F 202.689.2860
nelsonmullins.com

November 13, 2018

**VIA EMAIL AND U.S. MAIL**

American Registry for Internet Numbers (ARIN)
Attention: Financial and Legal Services Department
3635 Concorde Parkway, Suite 200
Chantilly, Virginia 20151
Email:  billing@arin.net

      RE:    Loss of ARIN Services.

Dear Madam or Sir:

This law firm represents Micfo, LLC, and its wholly owned subsidiaries, OppoBox, LLC and Telentia, LLC (collectively, "Micfo').  As you may know, on October 19, 2018, Micfo placed three inter-regional transfer requests of IP addresses owned by Micfo, LLC, and its subsidiaries, OppoBox, LLC and Telentia, LLC, pursuant to Section 8.4 of the ARIN Number Resource Policy Manual ("Policy").

We understand that the transfers were "placed on hold" while ARIN conducted a review of these organizations pursuant to Policy 12.2.b.  Section 12.1 of the Policy states that ARIN may conduct a review, "whenever ARIN has reason to believe that the resources were originally obtained fraudulently or in contravention of existing policy."  Please feel free to reach out to me with any requests for "reasonable related documentation", as Micfo is happy to assist ARIN with its review.

In addition, several of Micfo's ARIN services have been significantly interrupted as they are unable to run any of the following functions related to their IP resources:

    - Modify
    - Manage Reverse DNS
    - Manage RPKI
    - Manage Organization or Resource POCs
    - Create Reassignment

American Registry for Internet Numbers (ARIN)
Attention: Financial and Legal Services Department
Page 2

We note that ARIN only has rights to stop Services upon a breach of Sections 2(c)-(e), 4, 7 or 11. Policy at Section 13(b). Micfo is unaware of any alleged breach of Section 2(c)-(e) or Section 7, has timely made all payments under Section 4, and has not refused claim for indemnity (as none has been requested) under Section 11. We are simply at a loss as to why these crucial services have been suspended.

We would respectfully request immediate restoration of these services or a reply as to the cause or justification of such interruptions. Time is of the essence as the loss of service causing interruption of the services that Micfo renders to its customers. In fact, Micfo recently lost a potential customer as a result.

We look forward to your response. In the event that ARIN is represented by counsel in this matter, please forward this letter and direct all future communications with us through him or her.

       Very truly yours,

       John C. McElwaine

JCM/