# Exhibit L

**Amir Golestan**

**Subject:** [ARIN-20181113.80001] Notification of Resource Review
**Date:** Tuesday, November 13, 2018 at 11:47:53 AM Eastern Standard Time
**From:** hostmaster@arin.net <hostmaster@arin.net>
**To:** amir@micfo.com <amir@micfo.com>
**Attachments:** signature.asc

Hello,

This is to inform you that ARIN is conducting a Section 12 Number Resource Policy Manual (NRPM) Resource Review of the following organizations and their associated Internet number resources:

Micfo, LLC. (MICFO-2)
Telentia (TELEN-24)
OppoBox LLC (OPPOB)
Contina Communications, LLC (CCL-293)
Virtuzo (VIRTU-80)
Univera Network (UN-15)
Fiber Galaxy (FG-74)

We will be in further contact for information and documentation for this review.

Regards,

John Sweeting
Senior Director
ARIN Registration Services

## Amir Golestan

| | |
|---|---|
| **Subject:** | [ARIN-20181113.80008] Notice of Resource Review |
| **Date:** | Tuesday, November 13, 2018 at 3:07:58 PM Eastern Standard Time |
| **From:** | hostmaster@arin.net <hostmaster@arin.net> |
| **To:** | support@micfo.com <support@micfo.com> |
| **CC:** | amir@micfo.com <amir@micfo.com> |

**Attachments:** signature.asc

Hello,

This is notification ARIN is conducting a section 12 Number Resource Policy Manual (NRPM) Resource Review for the Internet number resources registered to Micfo, LLC. (MICFO-2).

1) Please provide proof of identity for the following individuals in the form of a government-issued ID:

Amir Golestan
Russell Rademacher

2) Please provide corporate documents from 17-March-2015 to present which confirm ongoing operations for Micfo, LLC., or its legal successor, to include:

- tax filings
- vendor contracts (connectivity agreements, colocation agreements, monthly invoices)
- asset inventory
- customer lists
- payroll information

Along with this documentation, please provide a notarized letter which certifies the accuracy and truthfulness of the documentation provided, under penalty of perjury. We request this documentation be provided by 30 November 2018. If additional time or information is needed, please respond to this email. All communication must be in writing.

Regards,

John Sweeting
Senior Director
ARIN Registration Services

| | |
|---|---|
| Subject | [ARIN-20181113.80007] Notice of Resource Review |
| From | <hostmaster@arin.net> |
| To | <ywk@telentia.com> |
| Cc | <support@telentia.com> |
| Date | 2018-11-13 15:03 |



- Digital Signature (~190 B)

Hello,

This is notification ARIN is conducting a section 12 Number Resource Policy Manual (NRPM) Resource Review for the Internet number resources registered to Telentia (TELEN-24).

1) Please provide proof of identity for the following individuals in the form of a government-issued ID:

Yong Wook Kwon

2) Please provide corporate documents from 07-Mar-2014 to present which confirm ongoing operations for Telentia, or its legal successor, to include:

- tax filings
- vendor contracts (connectivity agreements, colocation agreements, monthly invoices)
- asset inventory
- customer lists
- payroll information

Along with this documentation, please provide a notarized letter which certifies the accuracy and truthfulness of the documentation provided, under penalty of perjury. We request this documentation be provided by 30 November 2018. If additional time or information is needed, please respond to this email. All communication must be in writing.

Regards,

John Sweeting
Senior Director
ARIN Registration Services

| | |
|---|---|
| Subject | [ARIN-20181113.80006] Notice of Resource Review |
| From | &lt;hostmaster@arin.net&gt; |
| To | &lt;k.chang@oppobox.com&gt; |
| Cc | &lt;techsupport@oppobox.com&gt; |
| Date | 2018-11-13 14:58 |



- Digital Signature (~190 B)

Hello,

This is notification ARIN is conducting a section 12 Number Resource Policy Manual (NRPM) Resource Review for the Internet number resources registered to OppoBox LLC (OPPOB).

1) Please provide proof of identity for the following individuals in the form of a government-issued ID:

Kevin Chang

2) Please provide corporate documents from 19-Feb-2014 to present which confirm ongoing operations for OppoBox LLC, or its legal successor, to include:

- tax filings
- vendor contracts (connectivity agreements, colocation agreements, monthly invoices)
- asset inventory
- customer lists
- payroll information

Along with this documentation, please provide a notarized letter which certifies the accuracy and truthfulness of the documentation provided, under penalty of perjury. We request this documentation be provided by 30 November 2018. If additional time or information is needed, please respond to this email. All communication must be in writing.

Regards,

John Sweeting
Senior Director
ARIN Registration Services

| | | |
|---|---|---|
| Subject | [ARIN-20181113.80005] Notice of Resource Review | |
| From | <hostmaster@arin.net> | |
| To | <j.lieberman@contina.com> | |
| Cc | <dco@contina.com> | |
| Date | 2018-11-13 14:54 | |



- Digital Signature (~190 B)

Hello,

This is notification ARIN is conducting a section 12 Number Resource Policy Manual (NRPM) Resource Review for the Internet number resources registered to Contina Communications, LLC (CCL-293).

1) Please provide proof of identity for the following individuals in the form of a government-issued ID:

Jonathan Lieberman
Brian Stansberry

2) Please provide corporate documents from 06-Feb-2014 to present which confirm ongoing operations for Contina Communications, LLC, or its legal successor, to include:

- tax filings
- vendor contracts (connectivity agreements, colocation agreements, monthly invoices)
- asset inventory
- customer lists
- payroll information

Along with this documentation, please provide a notarized letter which certifies the accuracy and truthfulness of the documentation provided, under penalty of perjury. We request this documentation be provided by 30 November 2018. If additional time or information is needed, please respond to this email. All communication must be in writing.

Regards,

John Sweeting
Senior Director
ARIN Registration Services

| | |
|---|---|
| Subject | **[ARIN-20181113.80004] Notice of Resource Review** |
| From | \<hostmaster@arin.net\> |
| To | \<yung.ma@virtuzo.com\> |
| Cc | \<support@virtuzo.com\>, \<jeff.farber@virtuzo.com\> |
| Date | 2018-11-13 14:50 |



- Digital Signature (~190 B)

Hello,

This is notification ARIN is conducting a section 12 Number Resource Policy Manual (NRPM) Resource Review for the Internet number resources registered to Virtuzo (VIRTU-80).

1) Please provide proof of identity for the following individuals in the form of a government-issued ID:

Yung Ma
Jeff Farber
Mark Schmidt

2) Please provide corporate documents from 28-Mar-2014 to the present which confirm ongoing operations for Virtuzo, or its legal successor, to include:

- tax filings
- vendor contracts (connectivity agreements, colocation agreements, monthly invoices)
- asset inventory
- customer lists
- payroll information

Along with this documentation, please provide a notarized letter which certifies the accuracy and truthfulness of the documentation provided, under penalty of perjury. We request this documentation be provided by 30 November 2018. If additional time or information is needed, please respond to this email. All communication must be in writing.

Regards,

John Sweeting
Senior Director
ARIN Registration Services

| | |
|---|---|
| Subject | [ARIN-20181113.80003] Notice of Resource Review |
| From | <hostmaster@arin.net> |
| To | <abuse@hostaware.com> |
| Cc | <g.rane@hostaware.com> |
| Date | 2018-11-13 14:42 |



- Digital Signature (~190 B)

Hello,

This is notification ARIN is conducting a section 12 Number Resource Policy Manual (NRPM) Resource Review for the Internet number resources registered to Univera Network (UN-15).

1) Please provide proof of identity for the following individuals in the form of a government-issued ID:

Girish Rane
Steven Cunningham

2) Please provide corporate documents from 11-Nov-2014 to present which confirm ongoing operations for Univera Network, or its legal successor, to include:

- tax filings
- vendor contracts (connectivity agreements, colocation agreements, monthly invoices)
- asset inventory
- customer lists
- payroll information

Along with this documentation, please provide a notarized letter which certifies the accuracy and truthfulness of the documentation provided, under penalty of perjury. We request this documentation be provided by 30 November 2018. If additional time or information is needed, please respond to this email. All communication must be in writing.

Regards,

John Sweeting
Senior Director
ARIN Registration Services